# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

RE:  Civil No.  <u>05-30158-KPN</u>

Title: <u>KAITLYN T., ET AL V. CITY OF CHICOPEE, ET AL</u>

## N O T I C E

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment. Please take notice that this case previously assigned to Judge <u>KENNETH P. NEIMAN</u> has been reassigned to Judge <u>MICHAEL A, PONSOR</u> for all further proceedings. From this date forward the case number on all pleadings should be followed by the initials <u>MAP.</u>

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:  /S/ MARY FINN
Deputy Clerk

Date: <u>7/01/2005</u>

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                          [ntccsasgn.]