UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, ) ) ) ) Plaintiffs, ) ) v. ) ) THE CITY OF CHICOPEE Acting through ) The Chicopee Public Schools and ) MASSACHUSETTS DEPARTMENT OF ) EDUCATION, ) ) Defendants. ) ) | CIVIL ACTION NO. 05-30158-MAP |

## NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance in this civil action as attorney for defendant Massachusetts Department of Education.

                                       Respectfully submitted,

                                       THOMAS F. REILLY
                                       ATTORNEY GENERAL

                           By: _____
                                James S. Whitcomb
                                Assistant Attorney General
                                Western Massachusetts Division
                                1350 Main Street
                                Springfield, MA 01103-1629
                                (413) 784-1240, ext. 113 (telephone no.)
                                (413) 784-1244 (facsimile no.)
                                B.B.O. No. 557768

DATED: July 20, 2005.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 20th day of July 2005, I served the foregoing *Notice of Appearance* on all parties by mailing, by first class mail, postage prepaid, a true copy of the document to each of the following:

Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA  01103

City of Chicopee
City Hall
17 Springfield Street
Chicopee, MA  01013

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
 & Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA  01144

*/s/ James S. Whitcomb*
James S. Whitcomb