UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>Defendants. | CIVIL ACTION NO. 05-30158-MAP |

## DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S MOTION TO ENLARGE TIME PERIOD WITHIN WHICH TO SERVE AND FILE ANSWER

Defendant Massachusetts Department of Education (the "Department") – by and through the Attorney General of the Commonwealth of Massachusetts, its counsel – moves, pursuant to FED. R. CIV. P. 6(b)(1) and 12(a)(1)(B), that the Court enlarge until September 2, 2005, the unexpired time period within which its may serve and file its answer.

As grounds for this motion, the Department states its undersigned counsel of record, who did not participate in the underlying administrative proceeding before the Bureau of Special Education Appeals, has been awaiting receipt of the record of that proceeding; received only today a portion

of that record; and needs additional time to examine what he has received, which is nearly four and one-half inches thick, and to file the Department's answer with the Court.[1]

## LR. 7.1(A)(2) CERTIFICATION

The undersigned certifies that yesterday, August 29, 2005, he conferred by telephone with Derek M. Beaulieu, Esquire, counsel of record for plaintiffs Kaitlyn T., David Tharaldson, and Diane Tharaldson and attempted in good faith to resolve or narrow the issue. During the conversation, Mr. Beaulieu authorized the undersigned to represent to the Court that he assents to a motion to enlarge until September 2, 2005, the Department's answer. During the telephone conversation, the undersigned informed Mr. Beaulieu that the undersigned was awaiting receipt the record of the proceeding before the BSEA and expected to have the record on September 1, 2005, and to serve and file it on September 2, 2005. Since that conversation, the undersigned received, today, a portion of the record and for the reasons in the footnote it is not clear that he will be able to file and serve any of the record by September 2, 2005. Although the undersigned has left two messages for Mr. Beaulieu today in an attempt to ensure that he still assents, the undersigned has not heard back from him.

The undersigned certifies that today, August 30, 2005, he attempted to confer with Claire L. Thompson, Esquire, counsel of record for defendants the City of Chicopee acting through the Chicopee Public Schools, in an attempt in good faith to resolve or narrow the issue. The undersigned left a voice email message for Ms. Thompson this afternoon, but has not heard back from her.

---

[1] It appears that the record will not be ready for serving and filing at the time that the Department's answer is served and filed. The undersigned has not received a transcript of the proceeding and has not been able to examine the documents that he has received.

2

## CONCLUSION

Wherefore, the Department respectfully requests that this Court allow this motion, enlarging until September 2, 2005, the unexpired time period within which it may serve and file its answer.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: *James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: August 30, 2005.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 30th day of August 2005, I served the foregoing *Defendant Massachusetts Department of Education's Motion to Enlarge Time Period Within Which to Serve and File Answer* on all parties by mailing, by first class mail, postage prepaid, a true copy of the document to each of the following:

Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA 01103

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
& Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144

*James S. Whitcomb*
James S. Whitcomb

3