UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAITLYN T.; DAVID THARALDSON; )
DIANE THARALDSON, )
                 Plaintiffs, )
v. )   CIVIL ACTION NO. 05-30158-MAP
THE CITY OF CHICOPEE Acting through )
The Chicopee Public Schools and )
MASSACHUSETTS DEPARTMENT OF )
EDUCATION, )
                 Defendants. )

## CORRECTED CERTIFICATE OF SERVICE FOR DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S ANSWER TO PLAINTIFFS' "COMPLAINT FOR JUDICIAL REVIEW"

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 2nd day of September 2005, I served the *Defendant Massachusetts Department of Education's Answer to Plaintiffs' "Complaint for Judicial Review"* (and this corrected certificate of service) on all parties by mailing, by first class mail, postage prepaid, a true copy of the answer (and a true copy of this corrected certificate of service) to each of the following:

Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA 01103

Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
&amp; Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144

                               /s/ James S. Whitcomb
                               James S. Whitcomb
                               Assistant Attorney General
                               Western Massachusetts Division
                               1350 Main Street
                               Springfield, MA 01103-1629
                               (413) 784-1240, ext. 113 (telephone no.)
                               (413) 784-1244 (facsimile no.)
                               B.B.O. No. 557768