IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

Case Number: **05-30158**

DAVID T. As Parent and next friend of Kaitlyn T.,
    Plaintiff

v.

CITY OF CHICOPEE, Acting through the Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION,
    Defendants

## JOINT STATEMENT PROPOSING PRETRIAL SCHEDULE

This case is an appeal of an underlying decision rendered by the Bureau of Special Education Appeals on or about June 8, 2005 pursuant to 20 U.S.C. §1415 and Mass. General Laws Chapter 30A. The parties have not yet received a copy of the transcript of the underlying hearing. The parties must analyze the transcript of the evidence admitted in the BSEA decision in order to frame the issues to be adjudicated by way of cross motions for summary judgment.

    I.    All dispositive motions, including motions for summary judgment, shall be filed within 90 days of receipt of the transcript of the underlying BSEA hearing.

    II.    The undersigned counsel and authorized representative of each party signing below affirm that the party and its counsel have conferred:

        A.    With a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation; and

   B. To consider resolution of the litigation through the use of Alternative Dispute Resolution programs such as outlined in Local Rule 16.4.

| | |
|---|---|
| By<br>Derek Beaulieu, Esq.<br>For Defendants<br>David T. As Parent and next friend of Kaitlyn T. | By<br>Claire L. Thompson, Esq.<br>For Plaintiff,<br>City Of Chicopee Acting Through The Chicopee Public Schools |
| /s/Derek Beaulieu<br>_____ | /s/ Claire L. Thompson<br>_____ |
| By<br>_____<br>David Tharaldson | By<br><br>/s/ Deborah Schneeweiss<br>_____<br>Deborah Schneeweiss<br>Director of Special Education |
| | By<br>James Whitcomb<br>For Defendant,<br>Massachusetts Department Of Education, |
| | By<br><br>_____ |
| | By<br><br>_____ |

Dated: September 15, 2005

282248.1   2