UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION, <br><br>　　　　Defendants. | CIVIL ACTION NO. 05-30158-MAP |

### DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S STATEMENT REGARDING PROPOSED PRE-TRIAL SCHEDULE

#### I. Introduction

Pursuant to the *Notice of Scheduling Conference* (docket, paper no. 7); FED. R. CIV. P. 16(b); and LR.16.1 – defendant Massachusetts Department of Education (the "Department") – by and through its counsel of record -- submits this statement.[1]

---

[1] The undersigned counsel of record for the Department has not heard from plaintiffs' counsel concerning the scheduling conference. Counsel for the City of Chicopee and the undersigned did exchange drafts of their respective proposals.

## II. Proposed Discovery Plan and Motion Schedule

The Department is of the opinion that discovery is not be necessary in this action. The undersigned expects to serve the record (including transcript) of the Bureau of Special Education Appeals proceeding that is under review before the scheduling conference.

The Department proposes the following schedule:

| | | |
|---|---|---|
| 1. | Plaintiffs' motion under FED. R. CIV. P. 12 and/or 56 motion, filed. | 45 days after scheduling conference |
| 2. | Defendants' (1) opposition(s) to plaintiffs' dispositive motion and (2) cross-motion(s) under FED R. CIV. P. 12 and/or 56, filed. | 45 days after paper no. 1 filed |
| 3. | Plaintiffs' (1) reply to defendants' opposition(s) to plaintiffs' dispositive motion and (2) opposition to defendants' cross-motion(s), filed. | 30 days after paper no. 2 filed |
| 4 | Defendants' reply(ies), if any, to plaintiffs' opposition to defendants' cross-motion(s), filed. | 30 days after paper no. 3 filed |

The staggered schedule proposed here is similar in some respects to the scheduling order entered by this Court (Neiman, M.J.) in an earlier case in this court among similar parties, *City of Chicopee v. David T. and Massachusetts Department of Education*, civil action no. 04-30087-MAP. See *Scheduling Order* (docket, paper no. 36).

### III. Other Matters

The Department shall file a motion to impound the administrative record (including transcript) and the names and identities of the student and her parents.

The Department will separately file a LR. 16.1(D)(3) certification.

Respectfully submitted,

MASSACHUSETTS DEPARTMENT
OF EDUCATION

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: _____
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: September 15, 2005.

### CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 15th day of September 2005, I served the foregoing *Defendant Department of Education's Statement Regarding Proposed Pre-trial Schedule* on both other parties by mailing, by first class mail, postage prepaid, a true copy of the document to the office of the other parties' respective counsel of record:

| | |
|---|---|
| Derek M. Beaulieu, Esquire<br>1242 Main Street, Suite 306<br>Springfield, MA  01103 | Claire L. Thompson, Esquire<br>Doherty, Wallace, Pillsbury<br>& Murphy, P.C.<br>One Monarch Place<br>1414 Main Street, 19th Floor<br>Springfield, MA  01144 |

_____
James S. Whitcomb

3