UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br><br>Defendants. | CIVIL ACTION NO. 05-30158-MAP |

## DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION=S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to LR. 16.1(D)(3), the undersigned affirm that defendant Massachusetts Department of Education, through an authorized representative, and counsel have conferred with a view to establishing a budget for the costs of conducting a full course -- and various alternative courses -- of the litigation and have considered the possible use of alternative dispute resolution programs.

| | |
|---|---|
| MASSACHUSETTS DEPARTMENT OF EDUCATION<br><br>_____<br>Reece Erlichman, Acting Director<br>Bureau of Special Education Appeals<br>Department of Education<br>350 Main Street, 2nd Floor<br>Malden, MA 02148-5023<br><br>DATED: September 14, 2005. | THOMAS F. REILLY<br>ATTORNEY GENERAL<br><br>By:_____<br>James S. Whitcomb<br>Assistant Attorney General<br>Western Massachusetts Division<br>1350 Main Street<br>Springfield, MA 01103-1629<br>(413) 784-1240, ext. 113 (telephone no.)<br>(413) 784-1244 (facsimile no.)<br>B.B.O. No. 557768<br>DATED: September 16, 2005. |

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 16th day of September 2005, I served the foregoing *Defendant Massachusetts Department of Education's Local Rule 16.1(D)(3) Certification* on both other parties by mailing, by first class mail, postage prepaid, a true copy of the document to the office of the other parties' respective counsel of record:

| | |
|---|---|
| Derek M. Beaulieu, Esquire<br>1242 Main Street, Suite 306<br>Springfield, MA  01103 | Claire L. Thompson, Esquire<br>Doherty, Wallace, Pillsbury<br>& Murphy, P.C.<br>One Monarch Place<br>1414 Main Street, 19th Floor<br>Springfield, MA  01144 |

*/s/ James S. Whitcomb*
James S. Whitcomb