UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION, <br><br> Defendants. | CIVIL ACTION NO. 05-30158-MAP |

### JOINT MOTION TO IMPOUND ADMINISTRATIVE RECORD INCLUDING TRANSCRIPT AND NAME AND IDENTITY OF STUDENT AND HER PARENTS AND FOR OTHER RELIEF

All parties – by and through their respective counsel of record – jointly move, pursuant to LR. 7.2, that this Court (1) impound until further order of the Court the record, including the transcript, of the administrative proceeding under review in this action; (2) impound until further order of the Court the name and identity of the student and her parents.

As grounds therefor, the parties state the following:

1. The record of the administrative proceeding under contains, among other things, documents pertaining to the student's academics and diagnosis.

2. The purpose of this motion is to ensure the confidentiality of the student and her parents and to ensure that the student and her parents are spared any mental aggravation, embarrassment, or harm associated with this matter.

## CONCLUSION

Wherefore, the parties respectfully request that the Court allow this motion.

Respectfully submitted,

KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON

By their attorney,

*/s/ Derek M. Beaulieu*
Derek M. Beaulieu, Esquire
1242 Main Street, Suite 306
Springfield, MA 01103
(413) 733-1824 (telephone no.)
(413) 567-7746 (facsimile no.)
B.B.O. No. 644185

Respectfully submitted,

THE CITY OF CHICOPEE Acting through the Chicopee Public Schools

By its attorney,

*/s/ Claire L. Thompson*
Claire L. Thompson, Esquire
Doherty, Wallace, Pillsbury
& Murphy, P.C.
One Monarch Place
1414 Main Street, 19th Floor
Springfield, MA 01144
(413) 733-3111 (telephone no.)
(413) 734-3910 (facsimile no.)
B.B.O. No. 550262

Respectfully submitted,

MASSACHUSETTS DEPARTMENT OF EDUCATION

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: */s/ James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone)
(413) 784-1244 (facsimile)
B.B.O. No. 557768

DATED: September 20, 2005.