UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAITLYN T., et al., ) | |
|       Plaintiffs ) | |
| ) | |
| v. ) | Civil Action No. 05-30158-MAP |
| ) | |
| CITY OF CHICOPEE, et al., ) | |
|       Defendants ) | |

SCHEDULING ORDER
September 20, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference held this day:

1. Plaintiffs shall file their motion for summary judgment by November 22, 2005.

2. Defendants shall file their opposition to Plaintiffs' motion, as well as their cross motions for summary judgment, by January 18, 2006.

3. Plaintiffs shall file their reply brief and opposition by February 17, 2006.

IT IS SO ORDERED.

/s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge