UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON<br>　　　　　　　　　Plaintiffs<br><br>v.<br><br>THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION<br>　　　　　　　　　Defendants | CIVIL ACTION NO. 05-30158-MAP |

### PLAINTIFF'S LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned affirm that the they and their chosen counsel have conferred with a view to establishing a budget for the costs of conducting a full course and various alternative courses of litigation and have considered the possible use of alternative dispute resolution programs.

DATED:   September 20, 2005

**PLAINTIFF**
**David Tharaldson**

_____  By:
David Tharaldson

Respectfully Submitted,

_____
Derek M. Beaulieu, Esquire
1242 Main Street
Suite 306
Springfield, MA 01103