UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION, <br><br> Defendants. | CIVIL ACTION NO. 05-30158-MAP |

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S RESPONSE TO "JOINT MOTION OF THE PLAINTIFF AND THE CITY OF CHICOPEE TO ENLARGE TIME FOR FILING MOTIONS FOR SUMMARY JUDGMENT"**

Defendant Massachusetts Department of Education (the "Department") – by and through the Attorney General of the Commonwealth of Massachusetts, its counsel – responds to the *Joint Motion of the Plaintiff* [sic] *and the City of Chicopee to Enlarge Time for Filing Motions for Summary Judgment* (docket no. 24) as follows: Without commenting on the asserted grounds for the motion

and despite the moving parties' failure to comply with LR. 7.1(A)(2), the Department does not oppose the motion.

Respectfully submitted,

MASSACHUSETTS DEPARTMENT
OF EDUCATION

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: /s/ James S. Whitcomb
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: November 22, 2005.

## CERTIFICATE OF SERVICE

I, James S. Whitcomb, Assistant Attorney General, hereby certify that on this 22nd day of November 2005, I served the foregoing *Defendant Department of Education's Response to "Joint Motion of the Plaintiff and the City of Chicopee to Enlarge Time for Filing Motions for Summary Judgment"* on both other parties by mailing, by first class mail, postage prepaid, a true copy of the document to the office of the other parties' respective counsel of record:

| | |
|---|---|
| Derek M. Beaulieu, Esquire<br>1242 Main Street, Suite 306<br>Springfield, MA 01103 | Claire L. Thompson, Esquire<br>Doherty, Wallace, Pillsbury<br>  & Murphy, P.C.<br>One Monarch Place<br>1414 Main Street, 19th Floor<br>Springfield, MA 01144 |

/s/ James S. Whitcomb
James S. Whitcomb

2