UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KAITLYN T., et al.,  )
      Plaintiffs  )
  )
v.  )    Civil Action No. 05-30158-MAP
  )
  )
  )
CITY OF CHICOPEE, et al.,  )
      Defendants  )

FURTHER SCHEDULING ORDER
November 21, 2005

NEIMAN, U.S.M.J.

The court hereby ALLOWS the parties' Joint Motion to Enlarge Time (Document No. 24) and revises the schedule as follows:

1. Plaintiffs shall file their motion for summary judgment by January 15, 2006.

2. Defendants shall file their opposition to Plaintiffs' motion, as well as their cross motions for summary judgment, by March 15, 2006.

3. Plaintiffs shall file their reply brief and opposition by April 17, 2006.

IT IS SO ORDERED.

                              /s/ Kenneth P. Neiman
                              KENNETH P. NEIMAN
                              U.S. Magistrate Judge