UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID T. As parent and next friend of KAITLYN T.<br>     Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS, and MASSACHUSETTSDEPARTMENT OF EDUCATION<br>     Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-30158<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

  Comes now the Plaintiff, by and through their undersigned counsel, and pursuant to Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter summary judgment for the Plaintiffs.

  In support of its Motion the Defendants refer to the facts and law that are set forth more fully in the accompanying memorandum. The Memorandum demonstrates that the Plaintiffs are entitled to summary judgment on the grounds that the hearing officer's decision contained legal errors and as such that it was clearly erroneous. The Memorandum also demonstrates how the underlying transcript and administrative record supports Plaintiff's assertions the Decision is arbitrary and capricious.

  WHEREFORE, the Plaintiffs, respectfully moves this Court to grant the Plaintiffs motion for summary judgment and reverse the underlying BSEA decsion.

                                                Respectfully Submitted
                                                The Plaintiffs
                                                By Their Attorney

Dated January 15, 2006                       **/s/ Derek M. Beaulieu**
                                                Derek M. Beaulieu, Esq.
                                                1242 Main Street, Suite 306
                                                Springfield, MA 01103
                                                BBO# 644185
                                                (413) 567-7745
                                                Fax (413) 567-7746