UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ ) | | |
| KAITLYN T.; DAVID THARALDSON; ) | | |
| DIANE THARALDSON, ) | | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | CIVIL ACTION NO. 05-30158-MAP | |
| ) | | |
| THE CITY OF CHICOPEE Acting through ) | | |
| The Chicopee Public Schools and ) | | |
| MASSACHUSETTS DEPARTMENT OF ) | | |
| EDUCATION, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S MOTION TO AMEND SCHEDULING ORDER TO ENLARGE TIME PERIOD TO FILE ITS OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Massachusetts Department of Education (the "Department") moves, pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b) – and with the assent of plaintiffs – that this Court enlarge until April 5, 2006 (by three weeks from March 15) the unexpired time period within which the Department may serve its opposition to plaintiffs' motion for summary judgment and the Department's cross-motion for summary judgment and also correspondingly enlarge until May 5, 2006 (by three weeks from April 14) the time period within which plaintiffs may file their response(s) to defendants' respective cross-motions for summary judgment.

As grounds for this motion, the Department states the other parties to this action – plaintiffs and co-defendant City of Chicopee – previously jointly moved to amend the scheduling order to

enlarge the time period for filing motions for summary judgment on the grounds that they were going to pursue before the Bureau of Special Education Appeals ("BSEA") a related matter that, in their words, "will, more likely than not, resolve the above-entitled appeal and obviate the necessity for preparing motions for summary judgment." *Joint Motion of the Plaintiff and the City of Chicopee to Enlarge Time for Filing Motions for Summary Judgment* (Docket No. 24). The Department did not oppose that motion. *Defendant Department of Education's Response to "Joint Motion of the Plaintiff and the City of Chicopee to Enlarge Time for Filing Motions for Summary Judgment"* (Docket No. 25). The undersigned has recently learned that the related matter is still before the BSEA and that a hearing is scheduled for next week. The other parties intend to pursue the appeal here and apparently no longer believe that the current BSEA matter as going to "resolve" the appeal. The Department's undersigned counsel needs more time to research and draft the Department's opposition to plaintiffs' motion for summary judgment and the Department's cross-motion for summary judgment in this appeal.

## LR. 7.1(A)(2) CERTIFICATION

The undersigned certifies that he conferred with Derek M. Beaulieu, Esquire, counsel for plaintiffs, in an attempt in good faith to resolve or narrow the issue. Mr. Beaulieu assents to this motion.

The undersigned certifies that he attempted to confer with Claire L. Thompson, Esquire, counsel for co-defendant, in an attempt in good faith to resolve or narrow the issue. The undersigned and Ms. Thompson exchanged voice mail messages. Ms. Thompson does not assent to this motion.

CONCLUSION

Wherefore, the Department respectfully requests that this Court allow this motion, enlarging until April 5, 2006, the time period within which the Department may serve its opposition to plaintiffs' motion for summary judgment and the Department's cross-motion for summary judgment and until May 5, 2006, the time period within which plaintiffs may file their response(s) to the defendants' respective cross-motions for summary judgment.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By:    */s/ James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED:  March 15, 2006.

**CERTIFICATE OF SERVICE**

I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 15th day of March, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s)

*/s/ James S. Whitcomb*
James S. Whitcomb