IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| DAVID T. As Parent and next friend of Kaitlyn T.,<br>    Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE, Acting through the Chicopee Public Schools, and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>    Defendants | Case No: 05-30158 |

## MOTION FOR SUMMARY JUDGMENT OF THE DEFENDANT, CITY OF CHICOPEE, ACTING THROUGH THE CHICOPEE PUBLIC SCHOOLS

Now comes the Defendant, City of Chicopee, Acting through the Chicopee Public Schools ("Chicopee") and respectfully requests that this Honorable Court enter summary judgment in its favor as a matter of law. In support of this motion, Chicopee directs the Court's attention to its Memorandum in Opposition to the Plaintiff's Motion for Summary Judgment and in Support of the Defendant's Motion for Summary Judgment, Defendant's Statement of Undisputed Material Facts pursuant to U.S. District Court Local Rule 56.1 and the extensive administrative record from the Bureau of Special Education Appeals.

303892.1

WHEREFORE, Chicopee hereby moves for entry of summary judgment in its favor and against the Plaintiff.

FOR DEFENDANT,
CITY OF CHICOPEE ACTING
THROUGH THE CHICOPEE PUBLIC
SCHOOLS

*/s/ Claire L. Thompson*
By _____
Claire L. Thompson, Esq.
Doherty, Wallace, Pillsbury
  & Murphy, P.C.
1414 Main Street, 19th Floor
Springfield, MA  01144-1900
Phone:  (413) 733-3111
Fax:    (413) 734-3910
B.B.O. No:  550262

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P., on March 15, 2006.

Derek M. Beaulieu, Esq.
1242 Main Street, Suite 306
Springfield, MA 01103

James Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street, 4th Floor
Springfield, MA 01103

*/s/ Claire L. Thompson*
_____
Claire L. Thompson

303892.1