UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-30158-MAP |
| THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S
SECOND MOTION TO AMEND SCHEDULING ORDER
TO ENLARGE TIME PERIOD TO FILE
ITS OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
AND ITS MOTION FOR SUMMARY JUDGMENT**

Defendant Massachusetts Department of Education (the "Department") moves, pursuant to Fed. R. Civ. P. 6(b)(1) and 16(b) – and with the assent of plaintiffs – that this Court enlarge until April 10, 2006, the unexpired time period within which the Department may serve its opposition to plaintiffs' motion for summary judgment and the Department's cross-motion for summary judgment

As grounds for this motion, the Department states that its undersigned counsel needs some more time to research and draft the Department's opposition to plaintiffs' motion for summary judgment and the Department's cross-motion for summary judgment in this appeal. This enlargement will not delay the resolution of this matter. The deadline by which the plaintiffs may

file their response(s) to defendants' respective cross-motions for summary judgment is not being moved.

### LR. 7.1(A)(2) CERTIFICATION

Derek M. Beaulieu, Esquire, counsel for plaintiffs, assents to this motion.

Claire L. Thompson, Esquire, counsel for co-defendant, takes no position on this motion.

### CONCLUSION

Wherefore, the Department respectfully requests that this Court allow this motion, enlarging until April 10, 2006, the time period within which the Department may serve its opposition to plaintiffs' motion for summary judgment and the Department's cross-motion for summary judgment.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By: */s/ James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA 01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: April 5, 2006.

**CERTIFICATE OF SERVICE**

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 5th day of April, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s)

                                        */s/ James S. Whitcomb*
                                        James S. Whitcomb