UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION, <br><br> Defendants. | CIVIL ACTION NO. 05-30158-MAP |

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S
CROSS-MOTION FOR SUMMARY JUDGMENT**

Defendant Massachusetts Department of Education (the "Department") – by and through the Attorney General of the Commonwealth of Massachusetts, its counsel – cross-moves, pursuant to FED. R. CIV. P. 56(b), that this Court render and enter summary judgment in the Department's favor, affirming the decision of the Bureau of Special Education Appeals that is under review in this action. *Administrative Record – Documents (Volume I of III)* (Docket No. 21), pp. 196-227.

The reasons why this motion should be granted and the motion for summary judgment filed by plaintiffs Kaitlyn T., David Tharaldson, and Diane Tharaldson (Docket No. 27) should be denied are set forth in the memorandum filed therewith.

REQUEST FOR ORAL ARGUMENT

The Department requests, pursuant to LR. 7.1(D), that the Court hold oral argument on this motion and on plaintiffs' motion for summary judgment.

                                        Respectfully submitted,

                                        MASSACHUSETTS DEPARTMENT
                                        OF EDUCATION

                                        By its attorney,

                                        THOMAS F. REILLY
                                        ATTORNEY GENERAL

                                 By:   */s/ James S. Whitcomb*
                                        James S. Whitcomb
                                        Assistant Attorney General
                                        Western Massachusetts Division
                                        1350 Main Street
                                        Springfield, MA  01103-1629
                                        (413) 784-1240, ext. 113 (telephone no.)
                                        (413) 784-1244 (facsimile no.)
DATED: April 10, 2006.                B.B.O. No. 557768

**CERTIFICATE OF SERVICE**

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 10th day of April, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s)

                                        */s/ James S. Whitcomb*
                                        James S. Whitcomb