UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| KAITLYN T.; DAVID THARALDSON; DIANE THARALDSON, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 05-30158-MAP |
| THE CITY OF CHICOPEE Acting through The Chicopee Public Schools and MASSACHUSETTS DEPARTMENT OF EDUCATION, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**MEMORANDUM IN SUPPORT OF
DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S
CROSS-MOTION FOR SUMMARY JUDGMENT
AND IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant Massachusetts Department of Education (the "Department") – by and through the Attorney General of the Commonwealth of Massachusetts, its counsel – submits this memorandum (1) in support of its cross-motion, pursuant to Fed. R. Civ. P. 56(b), that this Court enter summary judgment in the Department's favor, affirming the decision of the Bureau of Special Education Appeals ("BSEA") that is under review in this action, and (2) in opposition to the motion for summary judgment filed by plaintiffs Kaitlyn T., David Tharaldson, and Diane Tharaldson.

As for grounds for the affirmance of the decision of the BSEA, the Department adopts the non-procedural arguments made by its co-defendant the City of Chicopee, acting through the Chicopee Public Schools (Docket No. 32).

## CONCLUSION

Wherefore, the Massachusetts Department of Education respectfully requests that this Court render and enter (1) an order granting the Department's cross-motion for summary judgment filed herewith; (2) an order denying plaintiffs' motion for summary judgment (Docket No. 27); and (3) a judgment in the Department's favor, affirming the decision of the BSEA, dated June 8, 2005 (In re: Chicopee Public Schools, BSEA # 05-2920), that is under review in this action. *Administrative Record – Documents (Volume I of III)* (Docket No. 21), pp. 196-227.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By:   */s/ James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)

DATED:  April 10, 2006.     B.B.O. No. 557768

2

## **CERTIFICATE OF SERVICE**

  I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 10th day of April, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s)

             */s/ James S. Whitcomb*
             James S. Whitcomb