UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____ )
KAITLYN T.; DAVID THARALDSON;     )
DIANE THARALDSON,                 )
                                  )
          Plaintiffs,             )
                                  )
v.                                )          CIVIL ACTION NO. 05-30158-MAP
                                  )
THE CITY OF CHICOPEE Acting through )
The Chicopee Public Schools and    )
MASSACHUSETTS DEPARTMENT OF        )
EDUCATION,                        )
                                  )
          Defendants.             )
_____)


**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S
STATEMENT OF UNDISPUTED MATERIAL FACTS**

Defendant Massachusetts Department of Education (the "Department") – by and through the

Attorney General of the Commonwealth of Massachusetts, its counsel – relies on the undisputed

material facts, to the extent one is needed,[1] as set forth by its co-defendant the City of Chicopee,

acting through the Chicopee Public Schools (Docket No. 33).  LR. 56.1.  The Department notes,

---

[1]     Where, as here, the Court's review is limited to the record of the administrative proceedings
below, the inquiry about the presence or absence of genuine issues of material fact is not entirely
appropriate.  *See City of Glouster v. Civil Service Commission*, 408 Mass. 292, 297, 557 N.E.2d
1141, 1144 (1990).

however, that Hearing Officer Crane appears to have taken administrative notice of the prior decision

of the BSEA.  *Administrative Record – Transcript (Volume I of III)* (Docket No. 16), pp. 30-31.

          Respectfully submitted,

          MASSACHUSETTS DEPARTMENT
          OF EDUCATION

          By its attorney,

          THOMAS F. REILLY
          ATTORNEY GENERAL


By:    */s/ James S. Whitcomb*
        James S. Whitcomb
        Assistant Attorney General
        Western Massachusetts Division
        1350 Main Street
        Springfield, MA  01103-1629
        (413) 784-1240, ext. 113 (telephone no.)
        (413) 784-1244 (facsimile no.)
DATED:  April 10, 2006.        B.B.O. No. 557768

## CERTIFICATE OF SERVICE

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 10th day of April, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s)

        */s/ James S. Whitcomb*
        James S. Whitcomb

2