UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| DAVID T. As Parent and next friend of Kaitlyn T.,<br>    Plaintiff | Case No: 05-30158 |
| v. | |
| CITY OF CHICOPEE, Acting through the Chicopee Public Schools, and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>    Defendants | |

**DEFENDANT'S MOTION FOR PRELIMINARY INJUNCTION AND REQUEST FOR EXPEDITED HEARING ON MOTION FOR SUMMARY JUDGMENT**

Now comes the Defendant, The City of Chicopee, Acting through the Chicopee Public Schools ("Chicopee") and hereby respectfully moves this Court to grant the injunctive relief sought herein and requests that this Court expedite the hearing on the cross-motions for summary judgment currently pending in the above-captioned case.

Support for this preliminary injunction, as set forth more fully in the accompanying memorandum of law, is based upon Chicopee's likelihood of success on the merits of the Plaintiff's Complaint for Judicial Review; that, in the event that the relief requested herein does not enter, Chicopee will be irreparably harmed; in the balancing of various equitable considerations and; in the fit between the injunction and the public interest.

Wherefore, Chicopee moves this Court for an Order:

(1) setting a hearing date at the Court's earliest convenience on the cross-motions for summary judgment currently pending in this case.

(2) determining that it is not required to fund the Plaintiffs' unilateral placement at the White Oak School for the 2005-2006 school year,

308063.1

unless and until the Court overturns the BSEA hearing officer's decision and rules in favor of the Plaintiffs on the merits of the Parents' appeal.

                                      THE DEFENDANT, CITY OF
                                      CHICOPEE ACTING THROUGH THE
                                      CHICOPEE PUBLIC SCHOOLS,

                                      */s/ Claire L. Thompson*
                        By _____
                                      Claire L. Thompson, Esq.
                                      Doherty, Wallace, Pillsbury
                                        & Murphy, P.C.
                                      1414 Main Street, 19th Floor
                                      Springfield, MA  01144-1900
                                      Phone:  (413) 733-3111
                                      Fax:    (413) 734-3910
                                      B.B.O. No:  550262

## CERTIFICATE OF SERVICE

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P., on April 26, 2006.

   Derek M. Beaulieu, Esq.
   1242 Main Street, Suite 306
   Springfield, MA 01103

   James Whitcomb
   Assistant Attorney General
   Western Massachusetts Division
   1350 Main Street, 4th Floor
   Springfield, MA 01103

                                        */s/ Claire L. Thompson*
                                        Claire L. Thompson