UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DAVID T. As parent and next friend of KAITLYN T.<br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS, and MASSACHUSETTSDEPARTMENT OF EDUCATION<br>　　　　　　　　　　Defendants | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-30158<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION TO CONTINUE
## DATE FOR ORAL ARGUMENT

The Plaintiff in the above-captioned proceeding moves this honorable court to grant Plaintiffs Motion to Continue the Date for Oral Arguments currently scheduled for May 31st 2006 to a new date on the following grounds.

The Plaintiff's Attorney does not intend upon filing a Response to either the School District's or the Department of Education's Motion for Summary Judgment. However, the Plaintiffs do intend to make oral arguments on the Motions for Summary Judgment. On April 28, 2006 Plaintiff was noticed that oral arguments would be heard on the Motion for Summary Judgments and the School District's recent Motion for Preliminary Injunctive Relief at 11 am on May 31st before Judge Ponsor. As of April 7th 2006, the Attorney for the Plaintiffs has been scheduled for a hearing before the Bureau of Special Education Appeals on May 31st 2006 on an unrelated matter. This other matter involved many conference calls to schedule the May 31st date due to the other attorney's very busy schedule. Furthermore, many witnesses on both sides have been scheduled to testify on May 31st. At this time, moving the date of the BSEA hearing would cause not only a loss of time, but money expended by the parents to secure their witnesses.

WHEREFORE, the Plaintiffs respectfully request this honorable court to grant Plaintiff's Motion to Continue and reschedule the oral arguments to another time more convenient for the parties.

May 1, 2006

Respectfully Submitted
Kaitlyn T. by her attorney
**Derek M. Beaulieu /s/**
Derek M. Beaulieu, Esq.
P.O. Box 60452
Longmeadow MA 01116
BBO# 644185