UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID T. As parent and next friend of KAITLYN T.<br>      **Plaintiff**<br><br>v.<br><br>CITY OF CHICOPEE acting through CHICOPEE PUBLIC SCHOOLS, and MASSACHUSETTSDEPARTMENT OF EDUCATION<br>      **Defendants** | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 05-30158<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S MOTION REGARDING AVAILABILITY FOR ORAL ARGUMENTS

The Plaintiff in the above-captioned proceeding is available for oral arguments on the following dates:

May 19th (anytime)
May 22nd (anytime)
May 30th (anytime)
June 2nd (anytime)
June 7th (anytime)
June 9th (anytime)

WHEREFORE, the Plaintiffs respectfully request this honorable court to grant Plaintiff's Motion to Continue and reschedule the oral arguments to one of the following dates.

|  |  |
|---|---|
| May 3, 2006 | Respectfully Submitted<br>Kaitlyn T. by her attorney<br>**/s/ Derek M. Beaulieu**<br>Derek M. Beaulieu, Esq.<br>P.O. Box 60452<br>Longmeadow MA 01116<br>BBO# 644185 |