Extension 113

May 4, 2006

Clerk's Office
United States District Court for the
 District of Massachusetts, Western Section
Federal Building and Court House
1550 Main Street
Springfield, MA  01103-1422

      RE:    *KAITLYN T.,* ET AL. *v. CITY OF CHICOPEE*
             *Acting though The Chicopee Public Schools,* ET AL.
             United States District Court for the District of Massachusetts
             Western Section, Civil Action No. 05-30158-MAP

Gentlewomen/Gentlemen:

      Recently, the Court has scheduled four motions (Docket Nos. 27, 31, 35, and 38) for a hearing on May 31, 2006, at 11:00 A.M.  Plaintiffs moved to continue that hearing (Docket No. 40). Defendant Chicopee opposed (Docket No. 42) the motion, but proposed alternative dates before May 31 for the hearing.  Thereafter, plaintiffs proposed alternative dates, some before and some after May 31.  To the extent that the Court may be considering changing the date of the hearing to one of the dates proposed by plaintiffs, defendant Massachusetts Department of Education wishes to inform the Court that its undersigned counsel is available on all of the alternative dates proposed by plaintiffs with the exception of May 30 in the afternoon and June 7.

      Thank you for your attention to this matter.  If you have any questions, please do not hesitate to contact me.  (I will be out of the office on vacation from this afternoon through Monday, May 8, and will be returning to the office on Tuesday, May 9.)

                                    Very truly yours,

                                    */s/ James S. Whitcomb*

                                    James S. Whitcomb
                                    Assistant Attorney General
                                    Western Massachusetts Division

JSW/

**CERTIFICATE OF SERVICE**

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 4th day of May, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non-registered participant(s)

                                                  */s/ James S. Whitcomb*
                                                  James S. Whitcomb