UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ <br> KAITLYN T.; DAVID THARALDSON; <br> DIANE THARALDSON, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF CHICOPEE Acting through <br> The Chicopee Public Schools and <br> MASSACHUSETTS DEPARTMENT OF <br> EDUCATION, <br><br> Defendants. <br> _____ | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 05-30158-MAP |

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S
MOTION TO ENLARGE TIME PERIOD TO FILE RESPONSE OR OPPOSITION TO
CHICOPEE'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Massachusetts Department of Education (the "Department") moves, pursuant to FED. R. CIV. P. 6(b)(1) and LR. 7.1(B)(2), that this Court enlarge until May 16, 2006, the unexpired time period within which the Department may serve its response or opposition to the motion for a preliminary injunction (Docket No. 38) filed by defendant The City of Chicopee, Acting through the Chicopee Public Schools ("Chicopee").

As grounds for this motion, the Department states that Chicopee filed a motion for a preliminary injunction on April 26, 2006. The Department's undersigned counsel needs some additional time to consult with his client and draft the Department's response or opposition to Chicopee's motion for a preliminary injunction. This enlargement will not delay the resolution of this matter. A hearing on the motion for a preliminary injunction, as well as on the parties'

respective motions for summary judgment (Docket Nos. 27, 31 and 35) is scheduled for May 19, 2006, at 12:00 P.M.

LR. 7.1(A)(2) CERTIFICATION

This afternoon, I left a voice mail message for Derek M. Beaulieu, Esquire, counsel for plaintiffs. I have not heard from him. This afternoon, I also left a voice mail message for Claire L. Thompson, Esquire, counsel for Chicopee, in which I indicated that I need additional time, until May 16, 2006, to file a response or opposition to Chicopee's motion for preliminary injunction. I have not heard from her, either.

CONCLUSION

Wherefore, the Department respectfully requests that this Court allow this motion, enlarging until May 16, 2006, the time period within which the Department may serve its response or opposition to Chicopee's motion for preliminary injunction.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

By:   */s/ James S. Whitcomb*
James S. Whitcomb
Assistant Attorney General
Western Massachusetts Division
1350 Main Street
Springfield, MA  01103-1629
(413) 784-1240, ext. 113 (telephone no.)
(413) 784-1244 (facsimile no.)
B.B.O. No. 557768

DATED: May 10, 2006.

**CERTIFICATE OF SERVICE**

    I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 10th day of May, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s)

                                                  */s/ James S. Whitcomb*
                                                James S. Whitcomb