# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW
ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900

TELEPHONE (413) 733-3111

TELECOPIER (413) 734-3910
WWW.DWPM.COM
E-MAIL: CTHOMPSON@DWPM.COM

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
KAREN K. CHADWELL*†
GREGORY M. SCHMIDT
REBECCA L. BOUCHARD*

MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY***
COUNSEL

DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA
*** ALSO ADMITTED IN SOUTH CAROLINA

May 11, 2006

ATTN: Elizabeth French
U.S. District Court for the
District of Massachusetts
Western Section
1550 Main Street
Springfield, MA 01103

Re: <u>City of Chicopee v. David T. As Parent and next friend of Kaitlyn T.,
City of Chicopee, Acting Through The Chicopee Public Schools, and
Massachusetts Department of Education</u>
Case No: 05-30158

Dear Ms. French:

    Attached please find Defendant, City of Chicopee's, Motion to Strike and for Sanctions. Chicopee respectfully requests that this motion be considered by the Court prior to, or on May 19, 2006, at the currently scheduled hearing on the parties' cross motions for summary judgment and Chicopee's Motion for Preliminary Injunction.

    Thank you for your courtesy and cooperation. Please call with questions or concerns.

Very truly yours,

Claire L. Thompson

CLT/dlb:Enc.

Cc: Derek Beaulieu, Esq.
James Whitcomb, Esq.
Deborah Schneeweis

310900.1