UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
KAITLYN T.; DAVID THARALDSON;  )
DIANE THARALDSON,              )
                               )
         Plaintiffs,           )
                               )
v.                             )          CIVIL ACTION NO. 05-30158-MAP
                               )
THE CITY OF CHICOPEE Acting through )
The Chicopee Public Schools and )
MASSACHUSETTS DEPARTMENT OF    )
EDUCATION,                     )
                               )
         Defendants.           )
_____)
```

**DEFENDANT MASSACHUSETTS DEPARTMENT OF EDUCATION'S
SECOND MOTION TO ENLARGE TIME PERIOD TO FILE
RESPONSE OR OPPOSITION TO
CHICOPEE'S MOTION FOR PRELIMINARY INJUNCTION**

Defendant Massachusetts Department of Education (the "Department") moves, pursuant to

FED. R. CIV. P. 6(b)(1) and LR. 7.1(B)(2), that this Court further enlarge (from today, May 16, 2006)

until tomorrow, May 17, 2006, the unexpired time period within which the Department may serve

its response or opposition to the motion for a preliminary injunction (Docket No. 38) filed by

defendant The City of Chicopee, Acting through the Chicopee Public Schools ("Chicopee").

As grounds for this motion, the Department states that Chicopee filed a motion for a

preliminary injunction on April 26, 2006. The Department's undersigned counsel needs some

additional time to consult with his client. This enlargement will not delay the resolution of this

matter. A hearing on the motion for a preliminary injunction, as well as on the parties' respective

motions for summary judgment (Docket Nos. 27, 31 and 35) is scheduled for May 19, 2006, at 12:00

P.M.  The Department will seek no further enlargements to time to file its response or opposition to the motion for a preliminary injunction.

<u>LR. 7.1(A)(2) CERTIFICATION</u>

This afternoon, I tried to reach Claire L. Thompson, Esquire, counsel for Chicopee, by telephone.  According to Ms. Thompson's outgoing voice mail message, she will be in a hearing before the BSEA from Monday, May 15, through Wednesday, May 17.  This afternoon, I spoke Derek M. Beaulieu, Esquire, counsel for plaintiffs.  Mr. Beaulieu assents to this motion.

<u>CONCLUSION</u>

Wherefore, the Department respectfully requests that this Court allow this motion, enlarging until tomorrow, May 17, 2006, the time period within which the Department may serve its response or opposition to Chicopee's motion for preliminary injunction.

By its attorney,

THOMAS F. REILLY
ATTORNEY GENERAL


By:    <u>/s/ James S. Whitcomb</u>
       James S. Whitcomb
       Assistant Attorney General
       Western Massachusetts Division
       1350 Main Street
       Springfield, MA  01103-1629
       (413) 784-1240, ext. 113 (telephone no.)
       (413) 784-1244 (facsimile no.)
DATED:  May 16, 2006.    B.B.O. No. 557768

## <u>CERTIFICATE OF SERVICE</u>

I, James S. Whitcomb, Assistant Attorney General, hereby certify that this document, filed through the Electronic Case Files system, will, on this 16th day of May, 2006, be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing and will be mailed in paper copy form, by first class mail, postage prepaid, to those indicated non registered participant(s).

*/s/ James S. Whitcomb*
James S. Whitcomb