IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIVISION

| | |
|---|---|
| DAVID T. As Parent and next friend of Kaitlyn T.,<br>    Plaintiff<br><br>v.<br><br>CITY OF CHICOPEE, Acting through the Chicopee Public Schools, and MASSACHUSETTS DEPARTMENT OF EDUCATION,<br>    Defendants | **Case No: 05-30158** |

## <u>VOLUNTARY WITHDRAWAL OF MOTION FOR PRELIMINARY INJUNCTION</u>

Now comes the City of Chicopee acting through the Chicopee Public Schools ("Chicopee")

and hereby voluntarily withdraws its Motion for Preliminary Injunction filed on April 26, 2006.

<u>CERTIFICATE OF SERVICE</u>

I certify that this document has been served upon all counsel of record in compliance with F.R.C.P. on May 19, 2006.


_/s/Claire L. Thompson_
  Claire L. Thompson




Dated: May 19, 2006

FOR DEFENDANT,
CITY OF CHICOPEE ACTING THROUGH
THE CHICOPEE PUBLIC SCHOOLS

  _/s/ Claire L. Thompson_

By _____
  Claire L. Thompson, Esq.
  Doherty, Wallace, Pillsbury
   & Murphy, P.C.
  1414 Main Street, 19th Floor
  Springfield, MA  01144
  Phone:  (413) 733-3111
  Fax:   (413) 734-3910
  B.B.O. No:  550262

311775.1