# DOHERTY, WALLACE, PILLSBURY AND MURPHY, P.C.

ATTORNEYS AT LAW

ONE MONARCH PLACE, SUITE 1900
SPRINGFIELD, MASSACHUSETTS 01144-1900
———
TELEPHONE (413) 733-3111

PAUL S. DOHERTY
PHILIP J. CALLAN, JR
GARY P. SHANNON
ROBERT L. LEONARD
A. CRAIG BROWN
L. JEFFREY MEEHAN
JOHN J. McCARTHY
DAVID J. MARTEL‡
BARRY M. RYAN
DEBORAH A. BASILE†
PAUL M. MALECK
CLAIRE L. THOMPSON
W. GARTH JANES**
GREGORY A. SCHMIDT
MICHAEL K. CALLAN*
MICHAEL D. SWEET*
BERNADETTE HARRIGAN‡
BRENDA S. DOHERTY
MICHELE A. ROOKE
KAREN K. CHADWELL*†
GREGORY M. SCHMIDT
REBECCA L. BOUCHARD*

TELECOPIER (413) 734-3910
———
WWW.DWPM.COM
E-MAIL: CTHOMPSON@DWPM.COM
———
MATTHEW J. RYAN, JR.
OF COUNSEL
ROSEMARY CROWLEY***
COUNSEL
———
DUDLEY B. WALLACE
(1900-1987)
LOUIS W. DOHERTY
(1898-1990)
FREDERICK S. PILLSBURY
(1919-1996)
ROBERT E. MURPHY
(1919-2003)
SAMUEL A. MARSELLA
(1931-2004)

† REGISTERED PATENT ATTORNEY
* ALSO ADMITTED IN CONNECTICUT
‡ ALSO ADMITTED IN NEW YORK
** ALSO ADMITTED IN DISTRICT OF COLUMBIA
*** ALSO ADMITTED IN SOUTH CAROLINA

May 19, 2006

ATTN: Elizabeth French
U.S. District Court for the
District of Massachusetts
Western Section
1550 Main Street
Springfield, MA 01103

Re:    City of Chicopee v. David T. As Parent and next friend of Kaitlyn T.,
       City of Chicopee, Acting Through The Chicopee Public Schools, and
       Massachusetts Department of Education
       Case No: 05-30158

Dear Ms. French:

Attached please find Chicopee's Voluntary Withdrawal of its Motion for Preliminary Injunction filed on April 26, 2006. Kindly thank Judge Ponsor for his consideration and patience in this matter.

Very truly yours,

/s/ Claire L. Thompson

Claire L. Thompson

CLT/dlb
Enclosure

Cc:    Derek Beaulieu, Esq.
       James Whitcomb, Esq.

311779.1