UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID T.   And DIANE T., as parents
and next friends of Kaitlyn T
       Plaintiff(s)

     v.                        CIVIL ACTION: 05-30158-MAP

CITY OF CHICOPEE, ET AL
       Defendant(s)

## JUDGMENT

PONSOR, D..J.;

    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X    **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS  ORDERED AND ADJUDGED**

    **JUDGMENT** entered for the Defendants' on all issues  pursuant to the Memorandum and Order of the Court entered on May 22, 2006 granting the Defendants' Motions for Summary Judgment and denying the Plaintiffs Motion for Summary Judgment.

                                          SARAH A. THORNTON,
                                          CLERK OF COURT

Dated: May 23, 2006                     By  Elizabeth A. French
                                              Deputy Clerk

(Judgment Civil.wpd - 11/98)                                                              [jgm.]

Case 3:05-cv-30158-MAP   Document 54   Filed 05/23/2006   Page 2 of 2